UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **FIRST SOLAR, INC.,** | Case No. 3:23-CV-01053-JJH |
| **Plaintiff,** | |
| | Judge Jeffrey James Helmick |
| v. | |
| **TOLEDO SOLAR, INC.,** | NOTICE OF DISMISSAL |
| **Defendant.** | |

Now comes Plaintiff First Solar, Inc. and, pursuant to Fed. R. Civ. P. 41(A)(i), hereby gives notice of the voluntary dismissal with prejudice of this action due to the parties' settlement.

Respectfully submitted,

*s/ Steven A. Friedman*
Steven A. Friedman (0060001)
Roger M. Gold (0055905)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: +1.479.8500
Facsimile: +1.479-8780
E-mail: steven.friedman@squirepb.com
roger.gold@squirepb.com

*Counsel for Plaintiff
First Solar, Inc.*

- 2 -

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing Notice of Dismissal was filed electronically this 20th day of September, 2023. All parties of record will receive notice via the Court's ECF filing system. Courtesy copies were also sent to counsel for Defendant via e-mail to gbrunton@grsm.com and bhagan@grsm.com.

                                     */s/ Steven A. Friedman*
                                     One of the Attorneys for Plaintiff
                                     First Solar, Inc.