UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **FIRST SOLAR, INC.,** | ) | Case No. 3:23-CV-01053-JJH |
| Plaintiff, | ) | |
| v. | ) | Judge Jeffrey James Helmick |
| **TOLEDO SOLAR, INC.,** | ) | NOTICE OF DISMISSAL |
| Defendant. | ) | |

Now comes Plaintiff First Solar, Inc. and, pursuant to Fed. R. Civ. P. 41(A)(i), hereby gives notice of the voluntary dismissal with prejudice of this action due to the parties' settlement.

Respectfully submitted,

*s/ Steven A. Friedman*
Steven A. Friedman (0060001)
Roger M. Gold (0055905)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: +1.479.8500
Facsimile: +1.479-8780
E-mail: steven.friedman@squirepb.com
roger.gold@squirepb.com

*Counsel for Plaintiff
First Solar, Inc.*

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge